UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| VINCENT PASTORE,<br><br>    Plaintiff,<br><br>    v.<br><br>COUNTY OF SANTA CRUZ, et al.,<br><br>    Defendants. | Case No. 5:15-cv-01844-EJD<br><br>**ORDER DISMISSING DEFENDANT** |

On September 21, 2015, the court ordered Plaintiff Vincent Pastore ("Plaintiff") to complete service of process on all defendants and file documents evidencing such service on or before September 30, 2015. See Docket Item No. 16. Plaintiff has since filed documents which purport to demonstrate the completion of service on defendants County of Santa Cruz, Tony Falcone, Robyn Grant and Kevin Fitzpatrick.

However, Plaintiff has not demonstrated service on defendant Kent Edler. Accordingly, all claims against Kent Edler are DISMISSED WITHOUT PREJUDICE pursuant to Federal Rule of Civil Procedure 4(m).

**IT IS SO ORDERED.**

Dated: October 20, 2015

_____
EDWARD J. DAVILA
United States District Judge